BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>OSCAR LUNA,<br><br>    Defendants. | CASE NO. 1:95-CR-05036-AWI-1<br><br>STIPULATION AND ORDER TO SET BRIEFING SCHEDULE AND HEARING |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and defendant OSCAR LUNA, through his counsel, Nicholas Reyes, Esq., stipulate and agree to the following briefing schedule and hearing regarding the defendant's motion for sentence reduction pursuant to 18 U.S.C. Section 3582:

1. Government's response shall be filed no later than May 25, 2015; and

2. Hearing on the matter is to be set by the court.

The assigned counsel for the government, Assistant U.S. Attorney William S. Wong, is currently researching and writing the Government's response brief which is due on April 3, 2015 to the Ninth Circuit Court of Appeals in United States v. Huy Chi Luong, C.A. No. 13–10492. The trial in that matter lasted approximately 3 weeks involving numerous counts of money laundering with the specified unlawful activity being armed robberies of computer chip companies. Additionally, counsel for the government needs time to prepare for oral argument in the case of United States v. John That

Luong, et al, which is scheduled in the Ninth Circuit Court of Appeals for April 13, 2015. The trial in that matter was very complex and lasted approximately 3 months involving four defendants charged with conspiracy to commit Hobbs Act robberies, use of firearms, and felony murder committed during the course of one of the Hobbs Act robbery with the use of a firearm.

Counsel for the government will be out-of-state beginning on April 14 and returning to California on May 20, 2015. Because counsel for the government was the trial prosecutor in this matter in 1995, and handled the direct appeal and subsequent 2255 motions, the case was appropriately assigned to him as a result of his knowledge and familiarity with the facts of this case. Upon counsel's return to the office, time is needed for the government to conduct further legal research and write its response to the defendant's motion for reduction of sentence.

Counsel for the government has communicated this briefing schedule telephonically with defendant's counsel, Nicholas Reyes, who does not oppose the government's reasonable request to set the briefing schedule to allow the government to file its response on May 25, 2015. Accordingly, the parties stipulate to the above law and motion schedule and request that the court consider scheduling a hearing on this matter soon thereafter.

Dated: March 25, 2015                              BENJAMIN B. WAGNER
                                                   United States Attorney

                                            By:    /s/ WILLIAM S. WONG
                                                   WILLIAM S. WONG
                                                   Assistant United States Attorney

Dated: March 25, 2015

                                            By:    /s/ NICHOLAS REYES
                                                   NICHOLAS REYES
                                                   Attorney for the Defendant

///

///

///

2

**ORDER**

For the reasons set forth above, the law and motion schedule is adopted.  Hearing on the matter, if deem necessary by the court, to be determined by the court.

IT IS SO ORDERED.

Dated:   March 26, 2015                                    _____
                                                                                    SENIOR  DISTRICT  JUDGE