# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br>OSCAR LUNA | Case No: 1:95-cr-05036-001<br>USM No: 56747-097 |
| Date of Original Judgment: 03/10/1997<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | Nicholas F. Reyes<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   360   months **is reduced to**   292 months   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   03/14/1997   shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 11/04/2015           /s/ ANTHONY W. ISHII
                                 *Judge's signature*

Effective Date: 11/01/2015       Senior United States District Judge Anthony W. Ishii
*(if different from order date)*    *Printed name and title*