# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>OSCAR LUNA,<br><br>    Defendant | CASE NO. 1:95-CR-5036 AWI-1<br><br>**ORDER FOR RESPONSE TO MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |

On October 18, 2016, Defendant Oscar Luna filed a motion for early termination of supervised release under 18 U.S.C. § 3583. The Court finds that it is appropriate for the United States and the United States Probation Office for the Eastern District of California to file a response, and for Defendant to be given the opportunity to file a reply.

Accordingly, IT IS HEREBY ORDERED that:

1. The United States and the United States Probation Office for the Eastern District of California shall file a response to Defendant's motion within fourteen (14) days of service of this order;[1]

2. Defendant may file a reply to the United States' response within ten (10) days of service of the United States' response;[2] and

---

[1] 18 U.S.C. § 3583(e) incorporates factors identified in 18 U.S.C. § 3553 to be considered in evaluating a request for early termination. To the extent that the United States or the United States Probation Office opposes early termination, their response shall address the relevant factors.

[2] If, after the Court reviews the submissions of the parties, the Court determines that a hearing is necessary, the Court will set a hearing date at that time.

3. The Clerk shall serve a copy of this order and a copy of Defendant's motion (Doc. No. 119) on the United States Probation Office for the Eastern District of California, attention to Probation Officer Chhoeuth Bou.

IT IS SO ORDERED.

Dated:   February 8, 2018

_____
SENIOR DISTRICT JUDGE